```
 1  SHARI RUSK, Bar #170313
    ATTORNEY AT LAW
 2  1710 BROADWAY, SUITE 111
    Sacramento, California 95818
 3  Telephone: (916) 804-8656

 4  Attorney for Defendant
    Eduardo Llamas-Montez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S.07-526 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Stipulation to Continue Status** |
| v. | ) | **Conference & Proposed Order** |
| | ) | |
| Oscar Ortiz, et. al., | ) | Date: February 26, 2008 |
| | ) | Time: 10:30 a.m. |
| Defendants. | ) | Court: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

Defendants, Oscar Ortiz and Eligio Osorio, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Mike Beckwith, hereby agree and stipulate that the status conference previously scheduled for January 29, 2008 should be re-set to February 26, 2008, and that date is available with the Court.

The parties agree that the status conference set for January 29, 2008 should be continued to February 26, 2008 to allow counsel sufficient time to investigate, prepare and continue negotiation. Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and pursuant to local code T4.

```
                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: January 24, 2008             Shari Rusk
                                    Attorney for Defendant
                                    Oscar Ortiz

                                    /s/ Gilbert Roque
                                    Attorney for Defendant
                                     Eligio Osario


                                    /s/ Mike Beckwith
Dated: January 24, 2008             Mike Beckwith
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: January 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2