McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,   )<br>  )<br>  )<br>     v.    )<br>  )<br>OSCAR ORTIZ, et. al.,   )<br>  )<br>         Defendants.  )<br>_____ ) | CR. S-07-526 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

    This matter came before the Court for a status conference on February 26, 2008, at 9:30 A.M.  Assistant U.S. Attorney Michael Beckwith represented the United States and Shari Rusk and Gilbert Roque represented defendants Oscar Isael Ortiz and Eligio Mirando Osorio ("Defendants").  Defendant's were present and in custody.

    The parties hereby agree and request that a status conference should be set for March 18, 2008.  Based upon the party's representations, the Court set a status conference for March 18, 2008, at 9:30 A.M.  The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government

counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for March 18, 2008, at 9:30 A.M.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 18, 2008.

IT IS SO ORDERED

Date: March 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2