```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-07-526 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| OSCAR ORTIZ, et al., | ) | |
| Defendants. | ) | |

This matter came before the Court for a status conference on April 8, 2008.  Assistant U.S. Attorney Michael Beckwith represented the United States, Shari Rusk appeared on behalf of Oscar Iseal Ortiz, and Gilbert Roque appeared on behalf of Eligio Miranda Osorio ("Defendants").  Defendant's were present and in custody.

The parties stipulated to a briefing schedule as follows: Defendant's Motion will be due April 18, 2008; government's response will be due May 2, 2008; Defendant's reply, if any, will be due May 9, 2008.  Based upon the party's representations, the

Court set the hearing on the motion for May 20, 2008, at 9:30 A.M.  The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

The parties agree that time should be excluded under Local Code E from April 18, 2008 to May 20, 2008, for the filing, consideration and hearing of the Defendant's motion to dismiss.

The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. Motion Hearing is set for May 20, 2008, at 9:30 A.M.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through April 18, 2008

3. The Court finds time shall be excluded under Local Code E from April 18, 2008 through May 20, 2008, for the filing, consideration and hearing of the defendant's motion to dismiss.

IT IS SO ORDERED

Date: April 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT