1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                       EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,
10                 Plaintiff,
11          v.                              CR. NO. S-07-526 LKK
12 ELIGIO MIRANDA OSORIO,
13                 Defendant.
                                        /
14
   UNITED STATES OF AMERICA,
15
                   Plaintiff,
16
            v.                              CR. NO. S-11-196 MCE
17
   ELIGIO MIRANDA-OSORIO,
18  aka Eligio Miranda Osorio,
    aka Eligio Miranda,
19                                          RELATED CASE ORDER
                   Defendant.
20                                      /

21     Examination of the above-entitled actions reveals that the two
22 (2) actions are related within the meaning of Local Rule 123(a),
23 E.D. Cal. (2011).  For the reasons set forth in the government's
24 Notice of Related Cases, the assignment of the matters to the same
25 judge is likely to effect a substantial savings of judicial effort
26 and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that the actions are assigned
3 to the same judge; no consolidation of the actions is effected.
4 Under the regular practice of this court, related cases are
5 generally assigned to the judge to whom the first filed action was
6 assigned.
7  IT IS THEREFORE ORDERED that the action denominated CR. NO.
8 S-11-196 MCE be, and the same hereby is, reassigned to Judge
9 Lawrence K. Karlton for all further proceedings.  Henceforth the
10 caption on all documents filed in the reassigned case shall be
11 shown as CR. NO. S-11-196 LKK.
12  IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.
15  DATED: May 12, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT