```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCES** |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR. S-07-526 LKK |
| ) | |
| ELIGIO MIRANDA OSORIO ) | |
| ) | |
| Defendant. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR. S-11-196 LKK |
| ) | |
| ELIGIO MIRANDA-OSORIO, ) | |
| aka Eligio Miranda Osorio, ) | |
| aka Eligio Miranda, ) | |
| ) | |
| Defendant. ) | |

The parties request that the status conferences currently set in these related cases be continued from June 28, 2011, to July 28, 2011 at 9:15 a.m. With respect to Case No. 11-196 LKK, the parties stipulate that the time between June 28, 2011 and July 26, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends

1

1  of justice are served by the Court excluding such time, so that
2  counsel may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties are in the process of
5  gathering additional facts which may inform the anticipated plea
6  agreement in this case.  The parties stipulate and agree that the
7  interests of justice served by granting this continuance outweigh
8  the best interests of the public and the defendant in a speedy
9  trial.  18 U.S.C. §(7)(B)(iv).
10      The Speedy Trial Act does not apply to Case No. 07-526 LKK.
11  However, because it is related to Case No. 11-196 LKK, the
12  parties request that this matter also be continued to July 26,
13  2011, so that they may be heard at the same time.
14  Dated:  June 24, 2011            Respectfully submitted,
15                                   BENJAMIN B. WAGNER
                                     United States Attorney
16
17                                   */s/ Michele Beckwith*
                                 By: Michele Beckwith
18                                   Assistant U.S. Attorney
19  Dated: June 24, 2011
20                                   */s/ Gilbert A. Roque*
                                     GILBERT A. ROQUE
21                                   Attorney for Defendant
22
                                **ORDER**
23
      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
24
    is ordered that the status conferences presently set in the
25
    above-captioned cases for June 28, 2011, be continued to July 26,
26
    2011, at 9:15 a.m.  Based on the representations of counsel and
27
    good cause appearing therefrom, the Court hereby finds that the
28

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial in Case No. 11-196 LKK.  It is ordered that time from the date of this Order, to and including, the July 26, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: June 24, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT